```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 03206
   DAVID LARONI COWLEY
   KELSEY MITCHELL COWLEY                 CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6697    SSN XXX-XX-2099

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/28/2004 and was confirmed 03/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.53% from remaining funds.

     The case was paid in full 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
--------------------------------------------------------------------------
FAIRBANKS CAPITAL CORP   CURRENT MORTG    43603.63         .00       43603.63
FAIRBANKS CAPITAL CORP   MORTGAGE ARRE     3000.00         .00        3000.00
FORD MOTOR CREDIT        SECURED           6800.00        2066.47     6800.00
FORD MOTOR CREDIT        UNSECURED OTH     1130.47         .00         333.74
SEARS PAYMENT CENTER     UNSECURED        NOT FILED        .00            .00
SEARS                    NOTICE ONLY      NOT FILED        .00            .00
INTERNAL REVENUE SERVICE PRIORITY           695.22         .00         695.22
AT & T BANKRUPCTY        UNSECURED        NOT FILED        .00            .00
NCO                      UNSECURED        NOT FILED        .00            .00
ECMC                     UNSECURED          969.01         .00         286.11
NICOR GAS                UNSECURED          271.28         .00          80.10
UNITED STUDENT AID FUNDS UNSECURED        13412.41         .00        3960.15
RESURGENT CAPTIAL SERVIC UNSECURED         6016.13         .00        1776.32
INTERNAL REVENUE SERVICE UNSECURED           70.84         .00          20.92
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                   2,700.00
TOM VAUGHN               TRUSTEE                                     3,692.34
DEBTOR REFUND            REFUND                                        639.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                 RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          69,654.00

PRIORITY                                    695.22
SECURED                                  53,403.63
    INTEREST                              2,066.47
UNSECURED                                 6,457.34
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                      3,692.34
DEBTOR REFUND                               639.00
                 --------------        --------------

            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 03206 DAVID LARONI COWLEY & KELSEY MITCHELL COWLEY
```

```
TOTALS                          69,654.00            69,654.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 12/27/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```